Donald C. Allensworth, Plaintiff-Petitioner, Appellant, v. W. Rollo Allensworth, Defendant-Executor, Appellee.

Gen. No. 11,305. 

Second District, Second Division.

April 18, 1960.

 Donald C. Allensworth, pro se, appellant; No brief filed for appellee. Opinion by PRESIDING JUSTICE SOLFISBURG. Not to be published in full.